**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00062-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN PEREZ,

    Defendant.

## MINUTE ORDER[1]

On **April 20, 2010**, commencing at 9:00 a.m., the court shall conduct a hearing on the supervised release violation.

Dated: April 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.